# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

James Zlanwoser Seekie

Plaintiff(s),

vs.

State of Minnesota

Case No. 11 CV 1770 RHK/FLN
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☑   NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name: James Z. Seekie

   Street Address: 1516 Adams St NE

   County, City: Minneapolis MN 55413

   State & Zip Code:

   Telephone Number: 612 298 6117

SCANNED
JUL 6 2011
DISTRICT COURT MPLS

2.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1 State of Minnesota

      Name

      Street Address  Minnesota

      County, City

      State & Zip Code

   b. Defendant No. 2

      Name

      Street Address

      County, City

      State & Zip Code

   c. Defendant No. 3

      Name

      Street Address

      County, City

      State & Zip Code

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [✓] Federal Question      [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? If more than one, list each.



5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                           State of Citizenship:

   Defendant No. 1:                          State of Citizenship:

   Defendant No. 2:                          State of Citizenship:

   Attach additional sheets of paper as necessary and label this information as paragraph 5.
   Check here if additional sheets of paper are attached. [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [✓] Defendant(s) reside in Minnesota   [✓] Facts alleged below primarily occurred in Minnesota

   [ ] Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in

3

the caption violated the law, and how you were harmed. Each paragraph must be numbered separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. *See attachment*

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ✓
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking. *Let the Jury/Court decide.*

4



James Zlanwoser Seekie WRITTEN COMPLAINTS

My Employer (Brenda Mastel, HRS at Capstone Services Inc. 1410 Energy Park Drive – suite 10. St. Paul, MN 55108) told me( on 1st July, 2011) that the reason why i haven't/can't start work or proceed with my new hire orientation is because Minnesota Department of Human Services cannot process my background check at the moment. She said the Department of human service is close as a result of the State government "Shutdown." My employer, Brenda Mastel also said she can't proceed with my orientation to start work. When i asked her how then would i take care of my bills and other responsibilities i am solely depending on the Job to at least partly take care of, she said she can't do anything about it. She said the State of Minnesota is the HINDRANCE/HOLD. And as you can see, she really can't do anything about it; that is why i am suing the State of Minnesota/Department of Human Services for PREVENTING/OBSTRUCTING my new-hire-process due to the State Shutdown. This second job i am being denied the chance to start is my ONLY hope right now. A single day without employment is like being PUSH/COMPEL to commit a crime. Now that i am in such a DESPERATE need for money to take care of my family, the State of Minnesota/Department of Human Services "Shutdown" has just INCREASE my chances of committing a robbery or theft because there is NOWHERE or NO ONE i have to ask for ASSISTANCE. I went to the State for CASH ASSISTANCE and they said they CAN'T offer CASH ASSISTANCE to an able body person who doesn't have any disability or medical condition which prevents them from working. To my dismay, the State Department of Human Services told me this when i never had my first job. At that time i was COMPLETELY unemployed or have been COMPLETELY unemployed for months. At the time, i was even being charge by the State for unemployment overpayments. Attached are the documents. You could imagined what response i would get if i should go back to the State Department of Human Service, now that i have that one dead-end temporary job which remuneration is so not worth stressing myself. Because the salary is just so not worth it, i had to pursue a second job. I am even looking for a third job to meet up to the BEAUTIFUL LABOR STANDARD which is required for having a decent life. But as i said, Minnesota Department of Human Services denied me of CASH ASSISTANCE-- luckily for me, the State only give me temporary medical assistance. Once again, Minnesota Department of Human Services said they CAN'T give CASH ASSISTANCE to an ABLE BODY MAN who is CAPABLE of working.

But irrespective of what the State of Minnesota said, i know that i am an ABLE BODY MAN who is CAPABLE of working. I am even CAPABLE of doing a third job, provided I GET ONE. I know I am ABLE BODY but are there JOBS for me to do. And if not then WHY can't I get CASH ASSISTANCE from the one SOURCE that is managing our assets/resources? If there is no job the WHY can't I manage my share of the STATE'S wealth? I don't know JUDGE/JURY but I am just confused right now. The job in question is my second job. It is this second job that the STATE SHUTDOWN HAS PUT A HOLD ON. And as i mentioned earlier, i currently have an OUTSOURCING/TEMPORARY job with Aerotek commercial Staffing (Aerotek 7301 Parkway Dr. Hanover MD 21076 / 14900 Minnetonka Industrial Rd. Minnetonka, MN 55345). Unfortunately, this is not a secure job considering the NATURE of those OUTSOURCING/MODERN SLAVERY jobs. And due to the FACT that the little money i am earning is far below the federal poverty guidelines, the need to RESUME my job with Capstone Services is very

URGENT. The State Shutdown has been a BIG BLOW in my face. In fact, it's more like quake sand because i am really SINGING as a result this economic mess we find ourselves in.

Making up for the extra cost this job could have safe me had i done my BACKGROUND check is quite a challenge, most especially the tension or stress i have been enduring. I can't even pay the minimum balance on the numerous debt or credit card i had to take to make up for the long period of time I've been unemployed as a result of the EXTREME difficulty this economic MESS has caused me. My phone is going to be turn off because i am late on making my monthly payment. i will be evicted from my home if i don't pay bills i owed the landlord. I can't sleep due to the fact that my father, who is also UNEMPLOYED, has been quarreling with me because i am not making my contribution to the joint responsibility we share when it comes to paying the bills for the apartment we share. My unemployed parents are also depending on my earnings or contributions so as to take care of our joint living expenses. I guess you could imagine the psychological effect the STATE and its SHUTDOWN has on me and my family. I don't know what to do now Minnesota. I really don't know what to do because the little money i am earning from my other job is JUST WAY TOO SMALL to take care of my responsibilities. It's just quite unfortunate that the same State of Minnesota denied me the privilege or chance to get CASH ASSISTANCE when i DESPERATELY needed it during my days of unemployment. I don't know what to do Minnesota. I've been perplex as to what to do. I have been tempted to sell drugs or rob a bank. I don't know what to think anymore.

I have just too many URGENT NEEDS to take care of. My wife who happens to be in Africa at the moment is very ill and needs immediate treatment. She also needs to eat as well. Her monthly rent is even past due. Her school fees need to be paid within three weeks from now. I even credited from a friend in Ghana to help my wife pay some of her immediate fees or bills. But here i am Minnesota, being DELAY/DENIED the chance to proceed with my employment because of the SHUTDOWN. Here i am Minnesota, being prevented the chance to proceed with my ONLY HOPE (my job) because of a BACKGROUND CHECK which Minnesota Department of Human Services cannot process because of the SHUTDOWN. I don't know what to do now Minnesota. All my credit cards and bank accounts are either close or over the limit. I can't do otherwise anymore-my ONLY FEASABLE option mow is committing some kind of crime. I have already started going to the Casino. And as you all know, there are laws now which PROHIBIT people from BEGGING. I have even broking such BEGGING laws. I have been begging friends and STRANGERS for help but to no avail. I was even reported for begging a STRANGER at MYSTIC LAKE casino and hotel. The security at Mystic Lake has my driver license number. When they caught me begging a fellow gambler for $1, they came to me and WARNED me. They took my Driver License number. They said if am caught BEGGING again, they will either charge me for harassment or (something-something) on PRIVATE PROPERTY. They said something else that I just can't record but my information is in their possession. I guess I've been listed AS AN OFFICIAL BEGGER AND A GAMBLER as a result of MINNESOTA'S INABILITY TO PROPERLY PROVIDE FOR HER CHILDREN OR CITIZENS. Worst of it all is that my RECORD/CREDIT histories have been maligned or ruined, thus preventing/denying me the chance to be WELL ACCEPTED in America. And sadly, those who are going to judge my credit history don't know how i got such TERRIBLE/UNACCEPTABLE record or credit history. I just don't know what to do Minnesota. I don't know how long this NIGHTMARE of a life will last for. I don't know what would

become of my records/credit histories which have been literally ruined for reasons I HAD NO CONTROL OVER. I don't know what to do, now that the State can't give me CASH ASSISTANCE and other supports that are essential for such turbulent circumstances. As of now, i am hoping that in addition to whatever compensation i may be granted by the State of Minnesota, i would like for the Court to please recommend a Counseling service for me. I don't know if any amount of financial compensation can replace or heal my wounds or brokenness. But I have hope Judge/Jury. It is also my prayer that the EMERGENCY ECONOMIC STABILIZATION ACT of 2008 be of help to me too. I hope my case is process in a considerable time-frame because i am just so distress and fear that i might be tempted to do something i may really regret... Thanks.

Signed this **15th** day of **January,** 2009.

Signature of Plaintiff _[signature]_

Mailing Address 1516 Adams St. NE
Minneapolis, Minnesota 55413

Telephone Number 612 298-6117 / 612-788-1561

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5